IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN MUSIC THEATER FESTIVAL, INC., and JOINT THEATER CENTER, LLC, | : : : : |
| Plaintiffs, | : CIVIL ACTION : |
| v. | : : NO. 10-cv-638 |
| TD BANK, N.A., | : : |
| Defendant. | : |

**ORDER**

AND NOW, this 9th day of January, 2012, upon consideration of the Motion for Summary Judgment on Defendant's preclusion defenses (ECF No. 22) and responses thereto (ECF Nos. 26, 27), it is hereby ORDERED the Motion is GRANTED. Judgment is entered for Defendant and against Plaintiffs.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.